# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

HOWARD

CIVIL ACTION

VERSUS

20-26-SDD-RLB

CFI INDUSTRIES, INC. ET AL.

## RULING

The Court has carefully considered the *Motion*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 13, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion for Leave to File First Supplemental and Amended Complaint for Damages* is hereby GRANTED.

**IT HEREBY ORDERED** that the Clerk's Office shall file Plaintiff's *First Supplemental and Amended Complaint for Damages* into the record.

**IT IS FURTHER ORDERED** that, subsequent to the entry of Plaintiff's *First Supplemental and Amended Complaint for Damages* into the record, diversity jurisdiction

---

[1] Rec. Doc. 30.
[2] Rec. Doc. 31.

in this action will be destroyed, and the Court hereby REMANDS this action to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

Signed in Baton Rouge, Louisiana the 7 day of October, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA